IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:09-CR-544-TWT |
| RICHARD W. RODGERS, | |
| Defendant. | |

### ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 31] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress [Doc. 15]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress [Doc. 15] is DENIED.

SO ORDERED, this 6 day of July, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge